STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, JAMES VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>v.<br><br>JAMES VAUGHN,<br>    DEFENDANT. | CR 17-625 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of March 20, 2018, be vacated and the matter re-set for April 17, 2018, at 2:30 p.m.

The continuance is requested to allow defense counsel and Mr. Vaughn to complete review of discovery and also to permit Mr. Vaughn to complete a job training program with TIHDI. The parties agree and stipulate that the time between March 20, 2018, and April 17, 2018, should be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to accommodate counsel's preparation efforts.

DATED: February 14, 2018                    /S/
                                                   ELLEN V. LEONIDA
                                                   Assistant Federal Public Defender
                                                   Counsel for Defendant Vaughn

DATED: February 14, 2018            /S/
                                    KATHERINE WAWRZYNIAK
                                    Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 17, 2018, at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from March 20, 2018 and April 17, 2018, pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/26/18                      _____
                                    HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE