STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, JAMES VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>JAMES VAUGHN,<br><br>DEFENDANT. | CR 17-625 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of May 15, 2018, be vacated and the matter re-set for June 12, 2018.

The continuance is requested because counsel for Mr. Vaughn requires additional time to review new discovery. The parties agree and stipulate that the time between May 15, 2018, and June 12, 2018, should be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to accommodate counsel's preparation efforts.

//

//

| | | |
|---|---|---|
| DATED: May 2, 2018 | | /S/ |
| | | ELLEN V. LEONIDA |
| | | Assistant Federal Public Defender |
| | | Counsel for Defendant Vaughn |
| DATED: May 2, 2018 | | /S/ |
| | | KATHERINE WAWRZYNIAK |
| | | Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 12, 2018, at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from May 15, 2018, to June 12, 2018, pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/7/18

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE